

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number: 01-19-00847-CV

Trial Court Cause
Number: 2018-79957

Style: Keane Frac, LP

v. SP Silica Sales, LLC f/k/a Preferred Sands of Texas, LLC

Date motion filed*: March 3, 2020

Type of motion: Motion for Extension of Time to File Reply Brief

Party filing motion: Appellant

Document to be filed: Reply Brief

Is appeal accelerated? ☒ Yes ☐ No

If motion to extend time:

Original due date: March 16, 2020

Number of previous extensions granted: 0

Date Requested: 30 days

Ordered that motion is:

☒ Granted

If document is to be filed, document due: April 15, 2020

☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
☒ Acting individually ☐ Acting for the Court

Date: March 5, 2020